31

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
OFFICE OF THE CLERK
U.S. COURTHOUSE
FOLEY SQUARE, NEW YORK, NEW YORK 10007

Re: United States of America
vs.
*Linda Dushaj*

05-80423

Docket No. *13 CR 1015 - 13*

Dear Clerk:

Pursuant to the Transfer of Jurisdiction, entered in this cause, enclosed herewith, are the following documents:

(1) Certified copy of Transfer of Jurisdiction.
(2) Certified copy of Judgment and Order of Probation.
(3) Certified copy of Information and Waiver of Indictment.

Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated.

**FILED**

Sincerely,

APR 29 2005

CLERK'S OFFICE-DETROIT PSO

J. MICHAEL McMAHON, ACTING U.S. CLERK DISTRICT COURT

BY *Jackie Adams*
DEPUTY CLERK

Certified Mail#_____

**RECEIVED**
APR 2 8 2005
CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:

ASSIGNED CASE NO:_____

Clerk, U.S. District Court

DATE:_____

By:_____
Deputy Clerk

**DOC #_121_**

**PROB 22**
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

*U.S. DISTRICT COURT FILED APR 22 2005 S.D. OF N.Y.*

**DOCKET NUMBER** *(Tran. Court)*
3 CR 1015 -13

**DOCKET NUMBER** *(Rec. Court)*
05-80423

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Linda Dushaj<br>8148 24 Mile Road, #16<br>Shelby Township, MI 48043 | SOUTHERN DISTRICT OF NEW YORK | U.S. PROBATION |

| | NAME OF SENTENCING JUDGE |  |  |
|---|---|---|---|
| | HONORABLE WILLIAM H. PAULEY |  |  |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 30, 2004 | TO<br>April 29, 2006 |

**OFFENSE**

Conspiracy to Commit alien Smuggling in violation of 8 USC 1324.

**FILED**

**APR 29 2005**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF MICHIGAN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/15/04
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/22/04
*Effective Date*

*United States District Judge*

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

       - v -

GJON BERISHA,
TEJFUR DERVISHI,
PJETRO DUSHAJ,
VINCENT BERISHA,
FRANK BERISHA,
SIAMAK YARMOHAMMAD TOUSKI,
MEDIF MAZARI,
SORAYA DONADELLI,
DED GJOLAJ,
ILIJA MITRESKI,
NAFI ELEZI,
FATMIR BAKALLI, and
LINDA DUSHAJ,

              Defendants.

- - - - - - - - - - - - - - - - - - - - x



INDICTMENT

03 Cr.
05-80423

03 CRIM. 1015

## COUNT ONE

(Conspiracy To Commit Alien Smuggling)

The Grand Jury charges:

1. From in or about January 2000, up to and including in or about August 2003, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, VINCENT BERISHA, FRANK BERISHA, SIAMAK YARMOHAMMAD TOUSKI, MEDIF MAZARI, SORAYA DONADELLI, DED GJOLAJ, ILIJA MITRESKI, NAFI ELEZI, FATMIR BAKALLI, and LINDA DUSHAJ, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate

MICROFILM
OCT 15 2003

Title 8, United States Code, Section 1324(a)(2)(B)(ii).

2.    It was a part and an object of the conspiracy that GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, VINCENT BERISHA, FRANK BERISHA, SIAMAK YARMOHAMMAD TOUSKI, MEDIF MAZARI, SORAYA DONADELLI, DED GJOLAJ, ILIJA MITRESKI, NAFI ELEZI, FATMIR BAKALLI, and LINDA DUSHAJ, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, would and did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### OVERT ACTS

3.    In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    In or about January 2000, DED GJOLAJ transferred by wire approximately $3,100 from Sterling Heights, Michigan, to GJON BERISHA, in Harlingen, Texas.

b.    In or about October 2000, GJON BERISHA traveled from Cancun, Mexico, to Matamoras, Mexico, with aliens who later attempted to enter the United States illegally at the

2

Texas/Mexico border.

c.    In or about November 2000, GJON BERISHA and TEJFUR DERVISHI traveled from Macedonia to Madrid, Spain, with approximately 25 aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

d.    In or about November 2000, NAFI ELEZI collected $12,000 from an alien in a hotel lobby in Macedonia as payment for smuggling the alien into the United States.

e.    In or about January 2001 or February 2001, GJON BERISHA and PJETRO DUSHAJ traveled from Macedonia to Colombia with aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

f.    In or about February 2001, in the Bronx, New York, GJON BERISHA collected approximately $6,000 from the husband of an alien who attempted to enter the United States illegally at the Texas/Mexico border.

g.    In or about April 2001, LINDA DUSHAJ transferred approximately $6,000 by wire to Quito, Ecuador, in the name of an alien who attempted to enter the United States illegally at the Texas/Mexico border.

h.    In or about May 2001, SORAYA DONADELLI obtained transit visas for travel from Quito, Ecuador, to Mexico, through Panama, for a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

3

i.    In or about December 2001, FRANK BERISHA transferred approximately $3,500 by wire from New York, New York to Quito, Ecuador, in the name of an alien who attempted to enter the United States illegally at the Texas/Mexico border.

j.    In or about December 2001, ILIJA MITRESKI traveled from Quito, Ecuador, to Cancun, Mexico, with aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

k.    In or about December 2001, SIAMAK YARMOHAMMAD TOUSKI purchased airline tickets for a flight from Quito, Ecuador, to Cancun, Mexico, for PJETRO DUSHAJ and five aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

l.    In or about December 2001, DED GJOLAJ purchased airline tickets for a flight from Cancun, Mexico, to Mexico City, Mexico, for a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

m.    In or about January 2002, MEDIF MAZARI traveled from Quito, Ecuador, to Cancun, Mexico, with a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

n.    In or about April 2002, FATMIR BAKALLI collected $5,000 in Albania from an alien who later attempted to enter the United States illegally at the Texas/Mexico border.

4

o. In or about April 2002, GJON BERISHA and PJETRO DUSHAJ traveled from Cancun, Mexico, to Matamoras, Mexico, with a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

p. In or about May 2002, FRANK BERISHA transferred by wire from the Bronx, New York, to Sofia, Bulgaria, approximately $5,000 in the name of an alien who later attempted to enter the United States illegally at the Texas/Mexico border.

q. In or about June 2002, TEJFUR DERVISHI and PJETRO DUSHAJ traveled from Quito, Ecuador, to Panama City, Panama, with a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

r. In or about September 2002, VINCENT BERISHA traveled from Quito, Ecuador, to Mexico City, Mexico, with a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

s. In or about September 2002, GJON BERISHA traveled from Quito, Ecuador to Mexico City, Mexico, with a group of aliens who later attempted to enter the United States illegally at the Texas/Mexico border.

(Title 18, United States Code, Section 371.)

5

## COUNT TWO

(Alien Smuggling)

The Grand Jury further charges:

4.     In or about October 2000, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and
Title 18, United States Code, Section 2.)

## COUNT THREE

(Alien Smuggling)

The Grand Jury further charges:

5.     In or about December 2000, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, and NAFI ELEZI, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the

6

purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT FOUR

(Alien Smuggling)

The Grand Jury further charges:

6. In or about February 2001, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and ILIJA MITRESKI, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT FIVE

(Alien Smuggling)

The Grand Jury further charges:

7. In or about June 2001, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO

DUSHAJ, SORAYA DONADELLI, and SIAMAK YARMOHAMMAD TOUSKI, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT SIX

(Alien Smuggling)

The Grand Jury further charges:

8.    In or about December 2001, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, DED GJOLAJ, and ILIJA MITRESKI, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who

attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT SEVEN

(Alien Smuggling)

The Grand Jury further charges:

9.    In or about April 2002, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT EIGHT

(Alien Smuggling)

The Grand Jury further charges:

10.    In or about June 2002, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly, and

9

in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT NINE

### (Alien Smuggling)

The Grand Jury further charges:

11. In or about September 2002, in the Southern District of New York and elsewhere, GJON BERISHA and VINCENT BERISHA, the defendants, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to the United States, for the purpose of commercial advantage and private financial gain, such alien, to wit, a group of aliens who attempted to enter the United States illegally at the Texas/Mexico border.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.)

## COUNT TEN

(Conspiracy to Commit Alien Smuggling)

The Grand Jury further charges:

12. From in or about January 2000, up to and including in or about August 2003, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, VINCENT BERISHA, FRANK BERISHA, SIAMAK YARMOHAMMAD TOUSKI, MEDIF MAZARI, SORAYA DONADELLI, DED GJOLAJ, ILIJA MITRESKI, NAFI ELEZI, FATMIR BAKALLI, and LINDA DUSHAJ, the defendants, and others known and unknown, unlawfully, willfully, and knowingly combined, conspired, confederated, and agreed together and with each other to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324 (a)(1)(A)(v)(I).)

## COUNT ELEVEN

(Alien Smuggling)

The Grand Jury further charges:

13. In or about October 2000, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other

11

than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

### COUNT TWELVE

(Alien Smuggling)

The Grand Jury further charges:

14.   In or about December 2000, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, and NAFI ELEZI, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

### COUNT THIRTEEN

(Alien Smuggling)

The Grand Jury further charges:

15.   In or about February 2001, in the Southern

12

District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and ILIJA MITRESKI, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

## COUNT FOURTEEN

### (Alien Smuggling)

The Grand Jury further charges:

16.  In or about June 2001, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, SORAYA DONADELLI, and SIAMAK YARMOHAMMAD TOUSKI, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and

13

1324(a)(1)(A)(v)(II).)

## COUNT FIFTEEN

(Alien Smuggling)

The Grand Jury further charges:

17.   In or about December 2001, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, PJETRO DUSHAJ, DED GJOLAJ, and ILIJA MITRESKI, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

## COUNT SIXTEEN

(Alien Smuggling)

The Grand Jury further charges:

18.   In or about April 2002, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as

14

designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

## COUNT SEVENTEEN

(Alien Smuggling)

The Grand Jury further charges:

19. In or about June 2002, in the Southern District of New York and elsewhere, GJON BERISHA, TEJFUR DERVISHI, and PJETRO DUSHAJ, the defendants, unlawfully, willfully, and knowingly brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

## COUNT EIGHTEEN

(Alien Smuggling)

The Grand Jury further charges:

20. In or about September 2002, in the Southern District of New York and elsewhere, GJON BERISHA and VINCENT BERISHA, the defendants, unlawfully, willfully, and knowingly

15

brought and attempted to bring persons whom the defendants knew were aliens to the United States at a place other than a designated port of entry and a place other than as designated by the Commissioner of the Bureau of Immigration and Customs Enforcement, to wit, a group of aliens who illegally attempted to enter the United States at the Texas/Mexico border.

(Title 8, United States Code, Sections 1324(a)(1)(A)(i) and 1324(a)(1)(A)(v)(II).)

FOREPERSON

JAMES B. COMEY
United States Attorney

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY
DEPUTY CLERK

16

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

**GJON BERISHA,**
**TEJFUR DERVISHI,**
**PJETRO DUSHAJ,**
**VINCENT BERISHA,**
**FRANK BERISHA,**
**SIAMAK YARMOHAMMAD TOUSKI,**
**MEDIF MAZARI,**
**SORAYA DONADELLI,**
**DED GJOLAJ,**
**ILIJA MITRESKI,**
**NAFI ELEZI,**
**FAMIR BAKALLI, and**
**LINDA DUSHAJ,**
**Defendants.**

## INDICTMENT

03 Cr.

(Title 18 United States Code, Sections 371 and 2, Title 8,
United States Code, Sections 1324(a)(1)(A)(i),
1324(a)(1)(A)(v)(I) and (II), and 1324(a)(2)(B)(ii).)

_JAMES B. COMEY_
United States Attorney.

**A TRUE BILL**

Foreperson.

**Continue:**     **03 Cr. 1015 - 03 (WHP)**

10/16/03     Bail hearing held, defendant's appearance waived, defendant's attorney present
             through telephone Rhonda Brazile, AUSA present Michael Purpura, Court reporter
             present Sam Mauro, defendant Pjetro Dushaj application for bail is denied, ordered
             issued.

                                                                Pauley, J.


10/31/03     Arraignment/IPTC held, defendant Linda Dushaj present w/ attorney David F. Viviano,
             AUSA present Michael Purpura, Court Reporter present Amy Rivera, attorney David
             F. Viviano's application to practice pro vac vice granted, order issued, defendant
             arraigned, defendant waives reading of indictment and plead not guilty, Government
             shall produce discovery by 11/14/03, next PTC set for 11/21/03 at 11:30 A.M., SPT
             excluded from 10/31/03 to 11/21/03 under 18 U.S.C. 3161 (h)(8)(A), bail continued.

                                                                Pauley, J

CRIMINAL MEMORANDUM TO DOCKET CLERK

In the event that during an ongoing trial it becomes impossible to submit the original indictment to the docket clerk, for the updating of docket entries, this form should be submitted in lieu of the indictment.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        Docket No. 03 Cr. 1015 (WHP)

                                             :

        -against-                            :

                                             :
Linda Dushaj,
                        Defendant (s).       :

                                    BEFORE: JUDGE EATON
                                            U.S. M. J.

-----------------------------------------------------------------x

THIS ENTRY IS EXACTLY AS IT APPEARS ON THE INDICTMENT:

11/20/03 – Def. Linda Dushaj, present with attorney David F. Viviano; for the Govt, AUSA Michael Purpura and Court Reporter, Don White, present. Def. Linda Dushaj Fld. Consent to proceed before a United States Magistrate Judge on a Felony Plea Allocution referred by Judge Pauley. Def Linda Dushaj entered a guilty plea to Count 10. The Court recommends that Judge Pauley accept the guilty plea to Count 10. PSI Ordered. Sentencing is set for February 20, 2004 at 4:30 p.m. Bail cont'd as previously set.

                                    Eaton, J. U.S.M.J.

                                            PH

UNITED STATES DISTRICT COURT
Criminal Appearance Sheet

Honorable.  **DOUGLAS  F. EATON, UNITED STATES MAGISTRATE JUDGE**

U.S. v. *Linda Dushaj*

Docket # *03 Cr. 1015-13 (WHP)*

Date *November 20, 2003*

AUSA *Michael Purpura*           Exit *637-2223*

Atty for Defendant   *DAVID F. VIVIANO*

Address   *185 N. Groesbeck Hwy.*
*Mt. Clemens, MI 48043*

Tel: *(586) 469-1580*     Fax: *(586) 468-3530*

Atty for Defendant

Address

Tel:                          Fax:

COURT REPORTER: *Don White*

(Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

05-80423

SOUTHERN     District of     NEW YORK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| | Case Number:    1: 03 Cr. 1015 - 13 (WHP) |
| LINDA DUSHAJ | USM Number:    32029-039 |
| | David F. Viviano, Esq. |
| | Defendant's Attorney |

## THE DEFENDANT:

xx   pleaded guilty to count(s)     10

☐   pleaded nolo contendere to count(s)
     which was accepted by the court.

☐   was found guilty on count(s)
     after a plea of not guilty.

*(stamp)* ENTERED AS A JUDGMENT # 04, 0867 5/6/04

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC 1324(a)(1)(A)(i) | Conspiracy to Commit Alien Smuggling | 08/31/2003 | 10 |

     The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

xx   Count(s)    one      x is    ☐ are   dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

04/30/2004
Date of Imposition of Judgment

*(signature)*
Signature of Judge

William H. Pauley III, United States District Judge
Name and Title of Judge

5/4/04
Date

*(stamp)* U.S. DISTRICT COURT FILED MAY 0 4 2004 PH S.D. OF N.Y.

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY *(signature)*
DEPUTY CLERK

. 12/03) Judgment in a Criminal Case
Sheet 4—Probation

DEFENDANT:       LINDA DUSHAJ
CASE NUMBER:     1: 03 Cr. 1015 - 13 (WHP)

## PROBATION

The defendant is hereby sentenced to probation for a term of :     2 years.
Two years of probation with the special condition of four months' home confinement.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
     student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

æV. 12/03) Judgment in a Criminal Case
Sheet 4C — Probation

Judgment—Page  3  of  5

DEFENDANT:         LINDA DUSHAJ
CASE NUMBER:       1: 03 Cr. 1015 - 13 (WHP)

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall comply with the conditions of home confinement for a period of four months.  During this time, the defendant shall remain at her place of residence except for employment and other activities approved by your probation officer.  The defendant shall maintain a telephone at her place of residence without call forwarding, a modem, caller ID, call waiting, or portable cordless telephones for the above period.  At the direction of your probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer.  Home confinement shall commence on a date to be determined by the probation officer.  The defendant shall pay the costs of home confinement on a self payment or co-payment basis as directed by the probation officer.

2. The defendant shall be supervised by the district of residence.

(12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT:           LINDA DUSHAJ
CASE NUMBER:      1: 03 Cr. 1015 - 13 (WHP)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ N/A | $ N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ _____ $0.00 | $_____ $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____.

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

v. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___5___ of ____5____

DEFENDANT:          LINDA DUSHAJ
CASE NUMBER:     1: 03 Cr. 1015 - 13 (WHP)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   xx   Lump sum payment of $ ___100.00___ due immediately, balance due

      ☐   not later than _____ , or
      ☐   in accordance      ☐ C,   ☐ D,   ☐   E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,      ☐ D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:03-cr-01015-WHP-13
## Internal Use Only

# 05-80423

Case title: USA v. Berisha, et al                    Date Filed: 08/20/2003

Assigned to: Judge William H. Pauley, III

### Defendant

**Linda Dushaj (13)**
*TERMINATED: 05/04/2004*

represented by **David F. Viviano**
185 N. Groesbeck Hwy.
Mt. Clemens, MI 48043
*LEAD ATTORNEY*
*Designation: Retained*

### Pending Counts

8:1324.F BRINGING IN AND
HARBORING ALIENS
(CONSPIRACY TO COMMIT ALIEN
SMUGGLING)
(10)

### Disposition

Probation: 24 months. (Special
condition of 4 months home
confinement). Special assessment:
$100.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

### Disposition

Count 1 is dismissed on the motion of
the United States.

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

### Plaintiff

**USA**

represented by **Michael Marty Purpura**
U.S. Attorney's Office, SDNY (St

Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212)637-2223
Fax: (212)637-0412
Email: michael.purpura@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2003 | | Text not available. (Entered: 10/14/2003) |
| 08/20/2003 | 1 | SEALED INDICTMENT as to Sealed Defendant 12 (12) count(s) 1, 10, Sealed Defendant 13 (13) count(s) 1, 10 (jm) (Entered: 10/14/2003) |
| 08/20/2003 | 14 | Arrest WARRANT issued as to Sealed Defendant 13 (jm) (Entered: 10/14/2003) |
| 08/20/2003 | | **Added Government Attorney Michael Purpura (jm) (Entered: 10/14/2003) |
| 08/20/2003 | | Indictment unsealed as to Gjon Berisha, Tekfur Dervishi, Pjetro Dushaj, Vincent Berisha, Frank Berisha, Siamak Yarmohammad Touski, Medif Mazari, Soraya Donadclli, Ded Gjolaj, Ilija Mitreski, Nafi Elezi, Famir Bakalli, Linda Dushaj (jm) (Entered: 10/22/2003) |
| 08/20/2003 | | **Remove sealed flag - case no longer sealed as to any party. (jm) (Entered: 10/22/2003) |
| 10/14/2003 | 15 | ORDER as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3, Sealed Defendant 4, Sealed Defendant 5, Sealed Defendant 6, Sealed Defendant 7, Sealed Defendant 8, Sealed Defendant 9, Sealed Defendant 10, Sealed Defendant 11, Sealed Defendant 12, Sealed Defendant 13, Unsealing Indictment ( Signed by Magistrate Judge Henry B. Pitman ); (jm) (Entered: 10/14/2003) |
| 10/15/2003 | | Fld. Certified Copies of papers from the transferring District for defendant Pjetro Dushaj, defendant Ded Gjolaj, defendant Linda Dushaj. (ph) (Entered: 10/27/2003) |
| 10/31/2003 | | First Appearance as to Linda Dushaj held before Judge William H. Paulcy III . (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | Arraignment as to Linda Dushaj held Linda Dushaj (13) count(s) 1, 10 before Judge William H. Paulcy III. Defendant Linda Dushaj present with atty David F. Viviano, AUSA present Michael Purpura, Court reporter present Amy Rivera, Atty David F. Viviano's application to practice pro vac vice granted, order issued, defendant arraigned, defendant waives reading of indictment and plead not guilty, Government shall produce discovery by 11/14/03, next PTC set for 11/21/03 at 11:30am., SPT excluded from 10/31/03 to 11/21/03 under 18 USC 3161 (h)(8)(A), bail continued. (jw) (Entered: 11/03/2003) |
|  |  |  |

| | | |
|---|---|---|
| 10/31/2003 | | PLEA entered by Linda Dushaj . Court accepts plea. Not Guilty: Linda Dushaj (13) count(s) 1, 10 (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | PRETRIAL CONFERENCE as to Linda Dushaj held before Judge William H. Pauley III . Time is excluded from 10/31/03 to 11/21/03. (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | **Excludable XH start and stop on 10/31/03 as to Linda Dushaj (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | PRETRIAL CONFERENCE as to Linda Dushaj set at 11:30 11/21/03 for Linda Dushaj (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | ORAL ORDER as to Linda Dushaj , set scheduling order deadlines: Discovery cutoff to 11/14/03 for AUSA ; ( Entered by Judge William H. Pauley III ) (jw) (Entered: 11/03/2003) |
| 10/31/2003 | | **Location LR as to Linda Dushaj (jw) (Entered: 11/03/2003) |
| 10/31/2003 | 19 | NOTICE OF MOTION by Linda Dushaj for David F. Viviano to appear pro hac vice, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the SDNY Affidavit of Attorney in support attached. Return Date not specified. (ja) (Entered: 11/04/2003) |
| 10/31/2003 | 20 | NOTICE of Appearance for Linda Dushaj by Attorney (ja) (Entered: 11/04/2003) |
| 11/20/2003 | 24 | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Linda Dushaj. (ph) (Entered: 11/22/2003) |
| 11/20/2003 | | Change of Plea Hearing as to Linda Dushaj held before Magistrate Judge Douglas F. Eaton. Defendant Linda Dushaj present with attorney David F. Viviano. For the government, AUSA Michael Purpura and Court Reporter, Don White present. Defendant Linda Dushaj filed Consent to Proceed before a United States Magistrate Judge on a Felony Plea Allocution referred by Judge Pauley. Defendant Linda Dushaj entered a guilty plea to count 10. The Court recommends that Judge Pauley accept the guilty plea to count 10. PSI ordered. Sentencing is set for 2/20/04 at 4:30 p.m. Bail continued as previously set. (ph) (Entered: 11/22/2003) |
| 11/20/2003 | | Change of Not Guilty Plea to Guilty Plea by Linda Dushaj Linda Dushaj (13) count(s) 10. (ph) (Entered: 11/22/2003) |
| 11/20/2003 | | PLEA entered by Linda Dushaj. Court accepts plea. Guilty: Linda Dushaj (13) count(s) 10 (ph) (Entered: 11/22/2003) |
| 11/20/2003 | | Court Orders pre-sentence investigation as to Linda Dushaj. (ph) (Entered: 11/22/2003) |
| 11/20/2003 | | Sentencing set for 4:30 2/20/04 for Linda Dushaj, Linda Dushaj (13) count(s) 10. (ph) (Entered: 11/22/2003) |
| 12/16/2003 | 32 | ORDER as to Linda Dushaj. Whereas, with the defendant's consent, her guilty plea allocution was taken before US Magistrate Judge Douglas F. |

Case 2:05-cr-80423-DPH   ECF No. 1, PageID.31   Filed 04/29/05   Page 31 of 31

| | | |
|---|---|---|
| | | Eaton on November 20, 2003; It is hereby ORDERED that the defendant's guilty plea is accepted. SO ORDERED. (Signed by Judge William H. Pauley on 12/15/03)(jw, ) (Entered: 12/18/2003) |
| 01/12/2004 | 38 | TRANSCRIPT of Proceedings as to Gjon Berisha, Tekfur Dervishi, Pjetro Dushaj, Vincent Berisha, Frank Berisha, Siamak Yarmohammad Touski, Medif Mazari, Soraya Donadelli, Ded Gjolaj, Ilija Mitreski, Nafi Elezi, Famir Bakalli, Linda Dushaj held on 11/21/03 before Judge William H. Pauley III. (jf, ) (Entered: 01/12/2004) |
| 01/13/2004 | 40 | TRANSCRIPT of Proceedings as to Linda Dushaj held on 11/20/03 before Judge Douglas F. Eaton. (pr, ) (Entered: 01/13/2004) |
| 04/30/2004 | | Payment of Fine from Linda Dushaj in the amount of $100.00. Date Received: 4/30/04. (mn, ) (Entered: 04/30/2004) |
| 04/30/2004 | | Minute Entry for proceedings held before Judge William H. Pauley III:Sentencing held on 4/30/2004 for Linda Dushaj (13) Count 10. (ph, ) (Entered: 05/05/2004) |
| 05/04/2004 | | DISMISSAL OF COUNTS on Government Motion as to Linda Dushaj (13) Count 1.(ph, ) (Entered: 05/05/2004) |
| 05/04/2004 | 50 | JUDGMENT as to Linda Dushaj (13), Count(s) 1, Count 1 is dismissed on the motion of the United States. Count(s) 10, Probation: 24 months. (Special condition of 4 months home confinement). Special assessment: $100. (Signed by Judge William H. Pauley III on 5/4/04)(ph, ) (Entered: 05/05/2004) |
| 05/04/2004 | | ***Terminated defendant Linda Dushaj.(ph, ) (Entered: 05/05/2004) |
| 05/06/2004 | | Judgment entered in money judgment book as #04,0867 as to Linda Dushaj in the amount of $ 100.00, re: [50] Judgment. (ph, ) (Entered: 05/10/2004) |
| 05/25/2004 | 56 | TRANSCRIPT of Proceedings as to Linda Dushaj held on April 30, 2004, 3:55 p.m. before Judge William H. Pauley III. (dt, ) (Entered: 05/25/2004) |
| 11/01/2004 | 93 | TRANSCRIPT of Proceedings as to Linda Dushaj, Frank Berisha held on 9/28/04 before Judge William H. Pauley III. (Cardona, Gilbert) (Entered: 11/01/2004) |
| 04/22/2005 | 121 | Probation Jurisdiction Transferred Out to the U.S.D.C. Eastern District of Michigan as to Linda Dushaj. (ja, ) (Entered: 04/26/2005) |
| 04/22/2005 | | TRANSFER OUT PROBATIONER DOCUMENTS SENT as to Linda Dushaj to the U.S.D.C. Eastern District of Michigan. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 8481 3047 5880 on 4/27/05. (ja, ) (Entered: 04/26/2005) |